UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 2:18-cr-0005 KS-MTP

KATIE ASHLEY DUBOSE TATE
also known as ASHLEY COCHRAN

### ORDER CONTINUING TRIAL SETTING

This cause is before the Court on the joint motion of the parties to continue the trial setting in this matter. The Court, having considered the Motion, finds that the Motion is well taken and is hereby granted and finds that the period of delay shall be excluded in computing the time within which the trial of this matter shall commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

Also having duly considered the factors articulated in 18 U.S.C. §3161(h)(7)(B) to determine the appropriateness of a continuance, the Court finds that the defendant needs additional time to reach an appropriate resolution in this matter and that both parties need additional time to prepare for trial. The Court also finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice outweigh the best interests of both the public and the defendant in a speedy trial in this cause, and the Court therefore finds that the ends of justice are best served by granting the requested continuance.

The Court finds that the defendant, by and through counsel, has specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution in the case at bar and finds that this motion should be granted for the reasons described above.

IT IS THEREFORE ORDERED that the trial in this matter be continued to a trial setting of August 19, 2019, and that the period of delay shall be excluded in computing the time within which the trial of this matter shall commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

SO ORDERED this the 22nd day of April, 2019

_____
HONORABLE KEITH STARRETT
UNITED STATES DISTRICT JUDGE

Agreed:

_____
VALERIE MOSS ANDREWS
Attorney for Katie Ashley Dubose Tate

_____
DAVID H. FULCHER
Assistant United States Attorney